UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

TD AUTO FINANCE, LLC,

        Plaintiff,

   -against-

COUNTY OF PUTNAM,

        Defendant.
-----------------------------------------------------------x

21 Civ. 9080 (AEK)

**ORDER**

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

    The Court has been informed that the parties have reached a settlement in principle in this matter. ECF No. 52. Accordingly, it is hereby **ORDERED** that this action is dismissed without costs to any party, and without prejudice to restoring the action to the Court's calendar, provided the application is made within forty-five (45) days of this Order. Any application to reopen that is filed after forty-five (45) days from the date of this Order may be denied solely on that basis. The conference scheduled for January 17, 2024 is adjourned.

Dated: January 12, 2024
       White Plains, New York

                                                _____
                                                ANDREW E. KRAUSE
                                                United States Magistrate Judge